# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 1:26-mj-_57_ |
| SEBASTIAN PEREZ-GOMEZ | ) | |
| | ) | |
| | ) | |

_Defendant(s)_

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____February 18, 2026_____ in the county of _____Hamilton_____ in the
_____Eastern_____ District of _____Tennessee_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Reentering the United States without the prior express consent of the Secretary of Homeland Security after having been previously removed from the United States. |

This criminal complaint is based on these facts:

See attached affidavit, which is incorporated herein.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Dave Nalley, HSI Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

_____
_Judge's signature_

Date: _____02/20/2026_____

City and state: _____Chattanooga, Tennessee_____     Hon. Mike J. Dumitru, U.S. Magistrate Judge
_Printed name and title_

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

|  |  |  |
|---|---|---|
| AFFIDAVIT IN SUPPORT OF A | ) | |
| CRIMINAL COMPLAINT AGAINST | ) | CASE NO. 1:26-mj-57 |
| SEBASTIAN PEREZ-GOMEZ | ) | |
| FOR A VIOLATION OF 8 U.S.C. § 1326 | ) | |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Dave Nalley, being duly sworn, state the following:

1.     I am a Special Agent with Homeland Security Investigations (HSI) assigned to the Chattanooga Field Office. I conduct investigations of matters within the jurisdiction of U.S. Immigration and Customs Enforcement ("ICE") in the Eastern District of Tennessee. In the performance of my duties, I have conducted and participated in numerous investigations of federal immigration violations. I have received specialized training in immigration and customs enforcement, criminal investigations, case development, investigative techniques, and other standardized methods for investigating immigration violations.

2.     I submit this affidavit for the limited purpose of establishing probable cause that Sebastian Perez-Gomez has violated 8 U.S.C. § 1326(a) by being found in the United States after being previously removed and without having obtained the express consent of the Secretary of Homeland Security to reapply for admission.

3.     The statements in this affidavit are based on my personal knowledge, official reports and records, and information provided to me by other law enforcement officers. Because this affidavit is submitted for a limited purpose, I have not included

1

every fact known to me concerning this investigation. I have set forth only those facts necessary to support probable cause for the requested criminal complaint.

4.     On or about February 18, 2026, ICE's Enforcement and Removal Operations ("ERO") encountered Sebastian Perez-Gomez within the Eastern District of Tennessee. They then verified Perez-Gomez's identity through a fingerprint match against Alien File ("A-file") number 088185132. Based on my training and experience, I know that ERO's fingerprint analysis is a reliable method for confirming identity.

5.     Following identity confirmation, Perez-Gomez's immigration files showed that he is a citizen and national of Mexico and not a citizen or national of the United States.

6.     In addition, Perez-Gomez's immigration files confirmed that he previously entered the United States without inspection at or near Nogales, Arizona, on or about May 10, 2000. On or about October 3, 2007, Perez-Gomez was apprehended and placed in removal proceedings. An immigration judge found Perez-Gomez inadmissible as an alien present without admission or parole and ordered him removed from the United States. Perez-Gomez was physically removed from the United States to Mexico on or about October 30, 2007, at or near El Paso, Texas.

7.     Then, on or about July 9, 2019, Perez-Gomez pleaded guilty to rape in Hamilton County, Tennessee Criminal Court (Case No. 308034), where he was sentenced to eight years in prison and ordered to register as a sex offender.

2

8. I have examined the documentation in Perez-Gomez's immigration files and found no evidence that he has sought or received permission from the Secretary of Homeland Security to reenter the United States following his prior removal.

9. For these reasons, I believe there is probable cause to conclude that Perez-Gomez has reentered the United States and been found there without obtaining the express consent of the Secretary of Homeland Security. In other words, he is unlawfully present in the United States following a prior removal in violation of 8 U.S.C. § 1326(a). Accordingly, I respectfully request that a criminal complaint be issued in conjunction with an arrest warrant for Sebastian Perez-Gomez.

Respectfully submitted,

DAVE NALLEY
HSI SPECIAL AGENT


Sworn to and subscribed before me this 20th day of February 2026.

HON. MIKE J. DUMITRU
UNITED STATES MAGISTRATE JUDGE